Slip Op. 06-81

## UNITED STATES COURT OF INTERNATIONAL TRADE

_____
                                                    :
FORMER EMPLOYEES OF                                 :
QUALITY FABRICATING, INC.,                          :
                                                    :
          Plaintiffs,                               :
                                                    :
                                                    :    Before:        WALLACH, Judge
     v.                                             :    Court No.:      02-00522
                                                    :
UNITED STATES                                       :
SECRETARY OF LABOR,                                 :
                                                    :
          Defendant.                                :
_____:


ORDER

Pursuant to the Opinion of the Court of Appeals for the Federal Circuit dated May 24, 2006, it is hereby

ORDERED, ADJUDGED, and DECREED that this matter be, and hereby is DISMISSED for lack of jurisdiction.


____/s/ Evan J. Wallach____
Evan J. Wallach, Judge


Dated:        May 26, 2006
              New York, New York